UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURO MILINI,<br><br>                                Plaintiff,<br><br>v.<br><br>MASERATI NORTH AMERICA, INC., and DOES 1 through 100,<br><br>                              Defendants. | Case No.: 19cv1693-H(BLM)<br><br>**ORDER DENYING DEFENDANT'S UNOPPOSED MOTION TO ALLOW TELEPHONIC APPEARANCE OF DEFENDANT REPRESENTATIVE AT EARLY NEUTRAL EVALUATION**<br><br>**[ECF No. 10]** |

On November 19, 2019, Defendant filed an unopposed motion requesting leave for Defendant representative, Walter Smith, to appear telephonically at the November 27, 2019 Early Neutral Evaluation ("ENE"). ECF No. 10. In support, Defendant states that it makes this "request to accommodate Mr. Smith's training schedule, as he is currently scheduled to be attending a two-day training in Ontario, California on November 26–27, 2019," and that "the trainings are few and far between and would not be available for Mr. Smith to attend for another two or three months . . . ." Id. at 1–2. In addition, "Mr. Smith has agreed to make himself available via telephone during the entirety of the ENE conference." Id. at 1. Defendant further asserts that "[t]he parties have conferred and have stipulated to both clients attending by telephone with the permission of this Court." Id. at 2.

It is the Court's experience that the presence of all parties and counsel is critical to the possibility of a successful settlement, and that telephonic appearances are not as productive or

1

successful. In addition, in the order setting the ENE, the Court stated that the personal appearance requirement would only be waived for "good cause." ECF No. 31. Furthermore, "[t]he Court does not have the discretion to convert the ENE to a telephonic conference."[1] Because there will be other trainings available for Mr. Smith to attend within the next two to three months, the training does not constitute good cause to excuse Mr. Smith's personal appearance at the ENE. Accordingly, Defendant's motion is **DENIED**.

**IT IS SO ORDERED**.

Dated: 11/21/2019

Hon. Barbara L. Major
United States Magistrate Judge

---

[1] See HONORABLE BARBARA LYNN MAJOR, U.S. MAGISTRATE JUDGE, CHAMBERS RULES-CIVIL CASES, https://www.casd.uscourts.gov/judges/major/docs/Chambers%20Rules%20Civil.pdf.